UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

JUN 13 2000

**FILED**

Kenneth J. Bond,
    Plaintiff

    v.

Merrimack County Department
of Corrections, et al.,
    Defendants

Civil No. 99-583-M
Opinion No. 2000DNH135X

## O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 17, 2000. This dismissal counts as a strike against the plaintiff under 28 U.S.C. § 1915(g).

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

June 13, 2000

cc:  Kenneth J. Bond